1    **WO**

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF ARIZONA**

8

9    United States of America,           )      CR 07-0285 PCT-DGC
                                          )
10             Plaintiff,                 )      **ORDER**
                                          )
11   vs.                                  )
                                          )
12   Kirk Benally,                        )
                                          )
13             Defendant.                 )
                                          )
     _____     )

14

15         Defendant Kirk Benally has been charged in the Indictment with assault resulting in

16   serious bodily injury in violation of 18 U.S.C. §§ 1153 and 113(a)(6).  Dkt. #10.  On

17   February 15, 2007, Defendant appeared before Magistrate Judge Mark E. Aspey for a

18   detention hearing.  Judge Aspey ordered that Defendant be detained pending trial as a flight

19   risk and danger to the community.  Dkt. #7.

20         At a status conference on October 29, 2007, counsel for the Government stated that

21   the Government may drop the charges against Defendant.  Counsel explained that a key

22   witness recently gave evidence in another proceeding that might persuade the Government

23   to drop the charges.  On November 2, 2007, Defendant filed a motion asking the Court to

24   release Defendant to a halfway house.  Dkt. #52.  The motion states that counsel for the

25   Government does not oppose the release.

26         This Court's review of Judge Aspey's detention decision is *de novo*.  *See United*

27   *States v. Koenig*, 912 F.2d 1190, 1192-93 (9th Cir. 1990).  Defendant must be detained if the

28

1   Court finds that no condition or combination of conditions will reasonably assure his

2   appearance at trial and the safety of the community.  18 U.S.C. § 3142(e).

3   The Court concludes that Defendant is both a danger to the community and a flight

4   risk.  Since 1992, Defendant has been convicted of more than 51 offenses and has been

5   arrested 14 additional times.  These offenses appear primarily to relate to alcohol abuse, and

6   include assault, criminal damage, hit and run, disorderly conduct, terroristic threats,

7   possession of prohibited weapons, theft, and failure to appear.  Defendant has been convicted

8   of offenses in Page, Flagstaff, Mesa, and Tempe, Arizona; Salt Lake City and West Valley,

9   Utah; and Lincoln, Nebraska.  On the basis of this criminal history, which is set forth in the

10  Pretrial Services Report dated February 14, 2007, the Pretrial Services officer recommends

11  that Defendant be detained as a danger to the community and flight risk.  *See* Memorandum

12  dated November 5, 2007.

13  The Court fully understands that the Government is considering dropping the charges

14  against Defendant.  Until it does, however, the Court is convinced that Defendant must be

15  detained for the safety of the community and to assure his appearance at trial.  Defendant's

16  criminal history shows that he is not capable of abiding by the law and that his criminal

17  actions frequently injure or cause damage to others.  Defendants' three previous convictions

18  for failure to appear, and his numerous convictions for failure to comply with orders from

19  law enforcement officers, show that Defendant is a flight risk.

20  **IT IS ORDERED** that Defendant's Motion to Review Detention Order and Release

21  to Halfway House (Dkt. #52) is **denied**.

22  DATED this 6th day of November, 2007.

23

24

25  _____

26  David G. Campbell
    United States District Judge

27

28

- 2 -